IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EDDYE FAYE LOFTON                                                       PLAINTIFF

VS.                                                    CIVIL ACTION NO. 5:04cv278DCBJMR

FRED'S STORES OF MISSISSIPPI, INC.                                      DEFENDANT

ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the

Court being desirous of closing this matter on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to

all parties.  If any party fails to consummate this settlement within twenty (20) days, any

aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10)

days, and if successful, additional attorneys' fees and costs from this date forward shall be

awarded such aggrieved party or parties and against the party failing to consummate the

agreement.  The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 22nd day of May, 2006.

S/JOHN M. ROPER
UNITED STATES MAGISTRATE JUDGE